**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **KATHLEEN S. FAHERTY,**<br>*on behalf of herself and all others similarly situated,*<br>　　**Plaintiff,**<br><br>v.<br><br><br>**RUBIN & ROTHMAN, LLC,**<br>**JOHN DOES,** *1-25,*<br>　　**Defendants.** | :<br>:<br>:<br>:  **CASE NO. 3:21-cv-650 (AWT)**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come on for consideration of the defendant's motion for judgment on the pleadings before the Honorable Alvin W. Thompson, United States District Judge.

The court having considered the motion and the full record of the case including applicable principles of law, entered a ruling granting the defendant's motion. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of the defendants and this case is closed.

Dated at Hartford, Connecticut, this 20th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　DINAH MILTON KINNEY, Clerk

　　　　　　　　　　　　　　　　　　　　By__/s/ Linda S. Ferguson_____
　　　　　　　　　　　　　　　　　　　　　　Linda S. Ferguson
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

EOD: 4/20/2022